NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 2 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MACK A McCALLUM, | No. 15-15929 |
| Plaintiff-Appellant, | D.C. No. 1:15-cv-00356-MCE-SAB |
| v. | |
| STATE OF CALIFORNIA, | MEMORANDUM[*] |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the Eastern District of California
Morrison C. England, Jr., District Judge, Presiding

Submitted October 25, 2016[**]

Before:     LEAVY, GRABER, and CHRISTEN, Circuit Judges.

Mack A. McCallum appeals pro se from the district court's judgment

dismissing his action alleging a violation of the ex post facto clause of the United

States Constitution.  We have jurisdiction under 28 U.S.C. § 1291.  We review de

novo a dismissal on the basis of res judicata, *Headwaters Inc. v. U.S. Forest Serv.*,

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

399 F.3d 1047, 1051 (9th Cir. 2005), and we affirm.

The district court properly dismissed McCallum's action as barred by the doctrine of res judicata because McCallum's claims were raised against the State of California in his prior federal action which resulted in a final judgment on the merits. *See Stewart v. U.S. Bancorp*, 297 F.3d 953, 956 (9th Cir. 2002).

McCallum's motion, filed September 11, 2015, is denied.

**AFFIRMED.**